UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-CV-0061 AGF |
| RILEY MERDINIAN, et al, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. The Court takes judicial notice that plaintiff's address was updated by the Clerk of Court in a companion case in this Court, *Williams v. Merdinian*, No. 2:22-CV-0034 HEA (E.D.Mo.) on October 25, 2022. Because it appears plaintiff has not received the Memorandum and Order issued on October 13, 2022, the Court will order the Clerk to reissue the Order at plaintiff's new address. The Court will modify the dates in the October 13, 2022 Memorandum and Order from which plaintiff needs to respond to this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall send plaintiff a copy of the October 13, 2022 Memorandum and Order at his new address at Fulton Reception and Diagnostic Center.

**IT IS FURTHER ORDERED** that plaintiff shall pay an initial filing fee of $1.00 within twenty-one (21) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this order, plaintiff must file an amended complaint in accordance with the instructions herein. Plaintiff's

amended complaint should only contain reference to one state criminal prosecution for which he wishes to bring claims of false arrest, false imprisonment, unlawful search or seizure or other claims brought pursuant to 42 U.S.C. § 1983. If plaintiff wishes to bring separate claims under 42 U.S.C. § 1983 relating to his other Adair County criminal prosecutions he should file those claims separately in his other pending actions in this Court after seeking leave to amend his complaints in those actions. *Plaintiff should take care not to assert or raise the same claims in separate lawsuits.*

**IT IS FURTHER ORDERED** that the Clerk shall provide plaintiff with a copy of a Prisoner Civil Rights Complaint Form.

Plaintiff's failure to timely comply with this Order may result in the dismissal of this case, without prejudice and without further notice.

Dated this 26th day of October, 2022.

*[signature: Audrey G. Fleissig]*
_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE